**PARKER**, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Spencer B. Parker against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. *Held,* that evidence of visual experiments after the accident was improperly received. Green v. Long Island R. Co., 131 App. Div. 277, 115 N. Y. Supp. 590.

FOOTE and ROBSON, JJ., dissent.

**PARRISH**, Respondent, v. FISCHEL, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Carel Parrish against Jacob Fischel. No opinion. Motion granted, and case set down for argument on Wednesday, November 27, 1912. See, also, 136 N. Y. Supp. 1143.

**PARSHELSKY**, Appellant, v. KRASNOW et ux., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Moses L. Parshelsky against Raphael Krasnow and "Mary" Krasnow, his wife, etc. No opinion. Judgment affirmed, with costs.

**PARSONS DYEING & CLEANING CO.**, Appellant, v. ERDMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by the Parsons Dyeing & Cleaning Company against Adolph Erdman. D. W. Steele, of New York City, for appellant. W. A. Fischer, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**PASE**, Respondent, v. BERNHEIMER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Henry J. Pase against Julia Bernheimer.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to the appellant to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery to the sum of $500, in which event the judgment, as modified, and the order, are affirmed, without costs. See, also, 138 N. Y. Supp. 1133.

**PASE** v. BERNHEIMER. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Henry J. Pase against Julia Bernheimer. No opinion. Motion denied, without costs. See, also, 138 N. Y. Supp. 1133.

**PAYNE**, Respondent, v. HIMALAYA MINING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Ida M. Payne against the Himalaya Mining Company. M. Sundheimer, of New York City, for appellant. Mr. Richards, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**PEABODY** et al., Appellants, v. KENT et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Charles B. Peabody and another, as surviving trustees, etc., against Mary C. Kent, as executrix, etc., and others. No opinion. Motion denied, without costs. See, also, 138 N. Y. Supp. 32.

**PEARLBERG** v. DURST et al. (Supreme Court, Appellate Term, First Department. December 6, 1912.) Appeal from City Court of New York, Trial Term. Action by Charles Pearlberg against Joseph Durst and another. From a judgment for plaintiff, and an order denying a motion for new trial, defendants appeal. Reversed, and new trial ordered. Samuel Kahan, of New York City, for appellants. Bershad & Gossett, of New York City, for respondent.

PER CURIAM. Judgment reversed, as against the weight of evidence, and a new trial ordered, with costs to appellants to abide the event.

**PEARSON**, Respondent, v. EHRICH, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Mary A. Pearson, by guardian, etc., against Jules S. Ehrich. J. B. Kenney, for appellant. J. J. Coughlan, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 App. Div. 680, 133 N. Y. Supp. 273.

**PEARSON**, Appellant, v. REED et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Rodman J. Pearson against William L. Reed and another. No opinion. Motion for reargument (of 152 App. Div. 468, 137 N. Y. Supp. 306) denied, with $10 costs.

**PENDERGAST**, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Catherine A. Pendergast, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals (from 137 N. Y. Supp. 1133) denied, with $10 costs.

**PEOPLE**, Respondent, v. BRAND, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York against Sam Brand. No opinion. Judg-